Order issued January 16, 2013



In The
# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-12-00414-CR

**BARBARA LOUISE BELL, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

## ORDER

Before Justices Moseley, Francis, and Lang

Based on the Court's opinion of this date, we **GRANT** the September 13, 2012 motion of Julie Woods for leave to withdraw as appointed counsel on appeal. We **DIRECT** the Clerk of the Court to remove Julie Woods as counsel of record for appellant. We **DIRECT** the Clerk of the Court to send a copy of this order and all future correspondence to Barbara Louise Bell, No. 1769790, Crain Unit, 1401 State School Road, Gatesville, Texas, 76599-2999.

MOLLY FRANCIS
JUSTICE